B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Play Soccer Chicago LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>DBA Sports Zone | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>20-2785093 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1945 N. Cornell Ave.<br>Melrose Park, IL<br>ZIP Code 60160 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): Play Soccer Chicago LLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Play Soccer Chicago LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Mark L. Radtke
Signature of Attorney for Debtor(s)

Mark L. Radtke 6275738
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

August 1, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Brian Loftin
Signature of Authorized Individual

Brian Loftin
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 1, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Play Soccer Chicago LLC                                       Case No.
                                                        Debtor(s)               Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | | 86,451.79 |
| The Koza Group<br>5836 Lincoln Ave., Ste. 200<br>Morton Grove, IL 60053 | The Koza Group<br>5836 Lincoln Ave., Ste. 200<br>Morton Grove, IL 60053 | | | 14,415.00 |
| 1945 Cornell Ave<br>20 S. Clark St., Ste. 630<br>Chicago, IL 60603 | 1945 Cornell Ave<br>20 S. Clark St., Ste. 630<br>Chicago, IL 60603 | | | 8,000.00 |
| Lee M. Weisz<br>33 N. Dearborn St., Ste. 500<br>Chicago, IL 60602 | Lee M. Weisz<br>33 N. Dearborn St., Ste. 500<br>Chicago, IL 60602 | | | 7,161.50 |
| Arena Sports<br>PO Box 2787<br>Redmond, WA 98073 | Arena Sports<br>PO Box 2787<br>Redmond, WA 98073 | | | 4,484.46 |
| Wood Dale Electrical<br>PO Box 72848<br>Roselle, IL 60172 | Wood Dale Electrical<br>PO Box 72848<br>Roselle, IL 60172 | | | 1,103.95 |
| F&M Awards<br>481 Knollwood Dr.<br>Wood Dale, IL 60191 | F&M Awards<br>481 Knollwood Dr.<br>Wood Dale, IL 60191 | | | 805.00 |
| Alpha Olympic Pest Control<br>PO Box 253<br>Lombard, IL 60148 | Alpha Olympic Pest Control<br>PO Box 253<br>Lombard, IL 60148 | | | 440.00 |
| Tyco Integrated Security<br>PO Box 371967<br>Pittsburgh, PA 15250 | Tyco Integrated Security<br>PO Box 371967<br>Pittsburgh, PA 15250 | | | 323.54 |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Play Soccer Chicago LLC  Case No.
  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 1, 2012  Signature  /s/ Brian Loftin
  Brian Loftin
  President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  Play Soccer Chicago LLC                                    Case No.
                                        Debtor(s)                 Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                60

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   August 1, 2012            /s/ Brian Loftin
                                  Brian Loftin/President
                                  Signer/Title

1&1 Internet Inc.
701 Lee Rd., Ste. 300
Chesterbrook, PA 19087

1945 Cornell Ave
20 S. Clark St., Ste. 630
Chicago, IL 60603

Alpha Olympic Pest Control
PO Box 253
Lombard, IL 60148

Brenda Angon
5418 W. Diversey
Chicago, IL 60639

Arena Sports
PO Box 2787
Redmond, WA 98073

Angelica Arias
2916. N. Mango Ave
Chicago, IL 60634

Amy Avila
3250 W. Wilson Ave
Chicago, IL 60625

Reynaldo Bautista
2928 N. Sawyer
Chicago, IL 60618

Jocelyn Berrios
P.O. Box 37
Medinah, IL 60157

Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673

Chuhak & Tecson, P.C.
Attn: Edmond Burke & Kevin Purtill
30 S. Wacker Dr.
Chicago, IL 60606-7512

Jaleesa Colon
2724 Riverside Dr
Franklin Park, IL 60131


Calvin Davidson
7449 Washington
Forest Park, IL 60130


Jose Delgado
3031 N. Prater
Melrose Park, IL 60164


Omar Diaz
339 E. Palmer Ave
Melrose Park, IL 60164


Dish Network
PO Box 105169
Atlanta, GA 30348


Jennifer Drankie
4419 N. Christiana Ave
Chicago, IL 60640


F&M Awards
481 Knollwood Dr.
Wood Dale, IL 60191


Mayra Garcia
1727 N. 43rd
Stone Park, IL 60165


Regina Gylys
2606 N. Burling St
Chicago, IL 60614


Hanover Insurance
PO Box 580045
Charlotte, NC 28258


Sandra Hernandez
2320 S. Sacramento Ave
Chicago, IL 60623

```
Host My Site
PO Box 824164
Philadelphia, PA 19182


In The Zone Health and Fitness, LLC
1945 N. Cornell Ave.
Melrose Park, IL 60160


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


ISA Chicago Metro Branch
10470 W. 163rd Place
Orland Park, IL 60467


Holly Jakolvjevic
1400 Park Ave
River Forest, IL 60305


Maria Jimenez
1630 S. 13th Ave
Maywood, IL 60153


Lee M. Weisz
33 N. Dearborn St., Ste. 500
Chicago, IL 60602


Loftin Group INC
641 Grosvener Ln.
Elk Grove Village, IL 60007


Brian Loftin
641 Grosvener Lane
Elk Grove Village, IL 60007


Nichole Loftin
641 Grosvener Lane
Elk Grove Village, IL 60007


Rosendo Lopez
2327 N. Ruby St
Melrose Park, IL 60164
```

```
Santia Lopez
2564 Clinton
River Grove, IL 60171


Carlos Marroquin
2547 Sonia St
Franklin Park, IL 60131


Mark Marroquin
2547 Sonia St
Franklin Park, IL 60131


Jasmine Matos
4044 N. Pittsburgh
Chicago, IL 60634


Alberto Mejia
2320 S. Sacramento Ave
Chicago, IL 60623


Niles SZ
1945 N. Cornell Ave.
Melrose Park, IL 60160


Angel Oviedo
2224 25th Ave
Melrose Park, IL 60164


Carlos Padilla
4440 N. Avers
Chicago, IL 60625


Luis Peralta
3900 W. Montrose
Chicago, IL 60618


Sandra Peredo
18005 N. 33rd Ave
Stone Park, IL 60165


Dejan Petkovic
6342 S. Rhodes
Chicago, IL 60637
```

Keith Pridgeon
1833 S. 18th Ave
Maywood, IL 60153


Juana Quintero
1524 N. 16th Ave
Melrose Park, IL 60160


Raquel Salinas
1205 Ashbel Ave
Berkeley, IL 60163


Victoria Sous
1398 Phoenix Dr
Des Plaines, IL 60018


Storm MP Soccer
1945 N. Cornell Ave.
Melrose Park, IL 60160


Tap In Cafe LLC
1945 N. Cornell Ave.
Melrose Park, IL 60160


John Tarson
3825 N. Pine Grove
Chicago, IL 60613


The Koza Group
5836 Lincoln Ave., Ste. 200
Morton Grove, IL 60053


Tyco Integrated Security
PO Box 371967
Pittsburgh, PA 15250


Paulo Valdez
1000 Hull Ave
Westchester, IL 60154


Guiherme Veiga
4950 N. Marine Dr
Chicago, IL 60640

```
Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Warehouse Event Center
1945 N. Cornell Ave.
Melrose Park, IL 60160


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Wood Dale Electrical
PO Box 72848
Roselle, IL 60172


XO Communications
14239 Collections Center Dr.
Chicago, IL 60693
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  Play Soccer Chicago LLC                                  Case No.
                              Debtor(s)                         Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Play Soccer Chicago LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Loftin Group INC
641 Grosvener Ln.
Elk Grove Village, IL 60007

☐ None [*Check if applicable*]

| | |
|---|---|
| August  1, 2012 | /s/ Mark L. Radtke |
| Date | Mark L. Radtke 6275738 |
| | Signature of Attorney or Litigant |
| | Counsel for  Play Soccer Chicago LLC |
| | Shaw Gussis et al |
| | 321 N. Clark Street |
| | Suite 800 |
| | Chicago, IL 60654 |
| | 312-541-0151 Fax:312-980-3888 |